UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE RESTASIS (CYCLOSPORINE OPHTHALMIC EMULSION) ANTITRUST LITIGATION | <u>ORDER</u> |
| THIS DOCUMENT APPLIES TO: | 18-MD-2819 (NG) (LB) |
| ALL END-PAYOR PLAINTIFF CLASS ACTIONS | |

**GERSHON, United States District Judge:**

End-Payor Plaintiffs move to authorize distribution of the net settlement fund. Although the motion is unopposed, I have carefully reviewed plaintiffs' submissions and am satisfied that their various requests are well-supported and sound. Their motion is therefore **GRANTED** in its entirety. I hereby **ORDER** as follows:

1. The Court approves A.B. Data and Class Counsel's recommendations to reject the claims for which claimants have sought Court review. The following claims shall not be eligible for payment from the Net Settlement Fund:

| Claim ID |
|---|
| 145371522 |
| 145371931 |
| 145371674 |
| 145371675 |
| 145371672 |
| 145371670 |
| 145402369 |
| 145402373 |
| 145340819 |
| 145324588 |
| 145323914 |

1

| |
|---|
| 145321333 |
| 145321330 |
| 145321328 |
| 145406823 |
| 145321840 |
| 145321487 |
| 145321486 |

2. The Court approves the payment of $191,871.44 to A.B. Data from the Net Settlement Fund for accrued and future costs in relation to its work on settlement claims administration.

3. The Court approves the payment of $98,304.02 to A.B. Data from the Net Settlement Fund for costs incurred in preparation of sending notice of the Court's class certification order prior to settlement.

4. The Court authorizes Class Counsel and A.B. Data to distribute the Net Settlement Fund to eligible claimants as set forth in the Motion to Authorize Distribution of the Net Settlement Fund.

The Clerk of Court is directed to close all open cases on this mdl docket.

**SO ORDERED** this 31st day of July, 2023.
Brooklyn, New York.

/S/
THE HONORABLE NINA GERSHON
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE RESTASIS (CYCLOSPORINE OPHTHALMIC EMULSION) ANTITRUST LITIGATION<br><br>THIS DOCUMENT APPLIES TO:<br><br>ALL END-PAYOR PLAINTIFF CLASS ACTIONS | **ORDER**<br><br>18-MD-2819 (NG) (LB) |

**GERSHON, United States District Judge:**

  End-Payor Plaintiffs move to authorize distribution of the net settlement fund. Although the motion is unopposed, I have carefully reviewed plaintiffs' submissions and am satisfied that their various requests are well-supported and sound. Their motion is therefore **GRANTED** in its entirety. I hereby **ORDER** as follows:

1.  The Court approves A.B. Data and Class Counsel's recommendations to reject the claims for which claimants have sought Court review. The following claims shall not be eligible for payment from the Net Settlement Fund:

| Claim ID |
|---|
| 145371522 |
| 145371931 |
| 145371674 |
| 145371675 |
| 145371672 |
| 145371670 |
| 145402369 |
| 145402373 |
| 145340819 |
| 145324588 |
| 145323914 |

| |
|---|
| 145321333 |
| 145321330 |
| 145321328 |
| 145406823 |
| 145321840 |
| 145321487 |
| 145321486 |

2. The Court approves the payment of $191,871.44 to A.B. Data from the Net Settlement Fund for accrued and future costs in relation to its work on settlement claims administration.

3. The Court approves the payment of $98,304.02 to A.B. Data from the Net Settlement Fund for costs incurred in preparation of sending notice of the Court's class certification order prior to settlement.

4. The Court authorizes Class Counsel and A.B. Data to distribute the Net Settlement Fund to eligible claimants as set forth in the Motion to Authorize Distribution of the Net Settlement Fund.

The Clerk of Court is directed to close all open cases on this mdl docket.

**SO ORDERED** this 31st day of July, 2023.
Brooklyn, New York.

/S/
———————————————
THE HONORABLE NINA GERSHON
UNITED STATES DISTRICT JUDGE

2